



# MEMORANDUM OPINION

No. 04-12-00069-CV

## IN RE AMERICA'S ROOFING & RESTORATION CO., LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  March 7, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On February 2, 2012, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 374296, styled *Zena Properties, LLC v. America's Roofing & Restoration Co., LLC, et al.*, pending in the County Court at Law No. 10, Bexar County, Texas, the Honorable Irene Rios presiding. However, the order complained of was signed by the Honorable Tim Johnson, visiting judge.